**Jose Juan RODRIGUEZ, Petitioner–Appellant,**

v.

**Ronald J. ANGELONE, Director of the Virginia Department of Corrections, Respondent–Appellee.**

**Jose Juan Rodriguez, Petitioner–Appellant,**

v.

**Ronald J. Angelone, Director of the Virginia Department of Corrections, Respondent–Appellee.**

Nos. 02–7194, 02–7559.

United States Court of Appeals, Fourth Circuit.

Submitted March 18, 2003.

Decided March 26, 2003.

.. 

Jose Juan Rodriguez, Appellant Pro Se.
Leah Ann Darron, Assistant Attorney General, Richmond, Virginia, for Appellee.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Jose Juan Rodriguez seeks to appeal the district court's order accepting the magistrate judge's recommendation to deny relief on his 28 U.S.C. § 2254 (2000) petition, as well as the court's order denying reconsideration. We have independently reviewed the record and conclude that Rodriguez has not demonstrated that reasonable jurists would find the district court's assessment of his constitutional claims, or the court's procedural rulings, debatable or wrong. *See Miller–El v. Cockrell,* 537 U.S. 322, 123 S.Ct. 1029, 1039, 154 L.Ed.2d 931 (2003); *see also Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000). Accordingly, we deny a certificate of appealability and dismiss these appeals. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*